**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 16-14361    SAH    Judge:    Sarah A. Hall | Trustee Name: LYLE R. NELSON, TRUSTEE |
| Case Name: | LARRY J COFFMAN, SR. | Date Filed (f) or Converted (c): 10/28/2016 (f) |
| | | 341(a) Meeting Date: 12/06/2016 |
| For Period Ending: | 09/30/2018 | Claims Bar Date: 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 916 Ne 49Th Street Oklahoma City Ok 73105-0000 Oklahoma | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. 810 Ne 50Th Street Oklahoma City Ok 73105-6602 Oklahoma | 241,500.00 | 0.00 | | 0.00 | FA |
| 3. 805 Ne 42Nd Street Oklahoma City Ok 73105-0000 Oklahoma | 334,000.00 | 0.00 | | 0.00 | FA |
| 4. Land Only - No Mailing Address Oklahoma | 27,821.00 | 0.00 | | 0.00 | FA |
| 5. 2009 Toyota Highlander Mileage: 171,000 | 12,900.00 | 0.00 | | 0.00 | FA |
| 6. General Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. General Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 8. One Leroy Neiman Print - Received Through Debtor's Brother's | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Golf Clubs - Old Adams Set | 300.00 | 0.00 | | 0.00 | FA |
| 10. 12Ga Shotgun | 250.00 | 0.00 | | 0.00 | FA |
| 11. General Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 12. 3 Malimute Mixes And 2 Dashshounds | 0.00 | 0.00 | | 0.00 | FA |
| 13. Arvest Bank | 709.17 | 0.00 | | 0.00 | FA |
| 14. Arvest Bank | 53.78 | 0.00 | | 0.00 | FA |
| 15. Ameritrade | 150.00 | 0.00 | | 0.00 | FA |
| 16. CofmanCo, LLC  Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | 565,000.00 | 100.00 | | 27,500.00 | FA |
| 17. Centerpointe Resources, Inc.  Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | 90,000.00 | 100.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-14361 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | LARRY J COFFMAN, SR. | | | | Date Filed (f) or Converted (c): | 10/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/06/2016 |
| For Period Ending: | 09/30/2018 | | | | Claims Bar Date: | 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Sheperd Manor, Inc. | 1,590.00 | 100.00 | | 0.00 | FA |
| Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | | | | | |
| 19. Express Therapy Services, Inc. | 4,000.00 | 100.00 | | 0.00 | FA |
| Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | | | | | |
| 20. Registered Nurse, Oklahoma | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2014 tax returns unfiled to date | Unknown | 0.00 | | 0.00 | FA |
| (scheduled unknown value) | | | | | |
| 22. 2015 tax returns unfiled to date | Unknown | 0.00 | | 0.00 | FA |
| (scheduled unknown value) | | | | | |
| 23. 2010 Toyota Corolla (u) | 900.00 | 900.00 | | 900.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,422,523.95   $1,300.00   $28,400.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/10 relief motion filed 810 NE50th; not homestead, BOK, judgment already entered state court 2/9/2016, house half non=filing spouse, but judgment liens by OTC and IRS add $175k+ of debt, plus BOK, no equity it appears; see trustee notes for additional information
12/6 first meeting; many issues
12/7/16-a e-file Application to employ EBBN. docket 14 days for Order. email to UST.
12/30/16-a Order to employ EBBBN.
2/3/17-a e-file Notice to file claims. docket 90 days for claims.
Claims bar date May 4, 2017
2/7/17 dr atty sends 2014 and 2015 tax returns; 2014, owed over $35k federal and state 2015 owes over $92k fed and state; actual returns not provided, just the summary page and coupon to pay. Looks like the possible assets I reviewed will not be worth pursueing for this kind of debt, depending on claims actually filed;
-a 2/7/17 r talked through the case. wait and see how claims come out then decide.
5/10/17-a import claims. print claims register. take to Rob for review.
 5/12-review with counsel the hundreds of pages of documents sent by atty in litigation; exchange emails, receive offer. $5k offer will cover fees for investigating litigation, but that is about all. claims over $400k, mostly tax debt. advise will ndr case and close if not increased
5/15 offer to $27,500.00; agree subject to court approval to accept that in return for dismissals and waiver of claim on their end r
6/14/17-a email Mark Mcphail re case.
6/15/17 email draft Motion to settle to Jennifer Christian.
6/28/17-a debtor email re 2010 Toyota Corolla. offer pending $900.
6/30/17-a review assets. e-file Form 1.
7/13/17-a e-file Motion to Compromise set for hearing August 8, 2017 9:30am. docket 21 days for Order.
7/14/17-a receive check $900 for 2010 Toyota Corolla (unscheduled vehicle).
apply online for tax id number. approved. enter. open bank account. print w-9 sign and email to bank.
-a prepare Motion to Sell. request hearing date.
7/17/17-a e-file Motion to sell toyota Corolla. set for hearing August 16, 2017 at 9:30am. docket 21 days for Order.
8/14/17-a upload Agreed Order on Motion to Compromise.
-a Agreed Order entered.
8/15/17-a e-file Report of sale Toyota.
9/11/17-a receive settlement check from Hometown Home Health Inc $27,500.00.
11/28/17 review case with la; case appears ready to move to close. Pull counsel invoices for comp request
1/5/18 case review for comp
1/24/2018 claims reviewed; ready for closing. After admin, all funds pro rata to priority tax claims
2/12/18-a email new accountant for estate current Form 1 and 2 for review if tax return is required.
2/20/18 estate accountant follow up; rough draft employment documents for accountant, revise
3/8/18-a e-file Accountant employment application. email Order to UST. docket 14 days.
3/28/18 more conf with accountant; more info provided, more issues
3/28/18-a Order Employ Accountant David Brady.
4/9/18-a e-file Application for acct comp. email order to ust.
4/17/18-a receive OTC acceptance letter.
4/23/18-a Order allowing accountant comp.
5/11/18-a IRS acceptance letter.
6/29/18-a case review ready for both comp request.
8/31/18-a draft attorney compensation request.
10/26/18-a attorney exhibit review pending.

Initial Projected Date of Final Report (TFR): 12/06/2018     Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:     /s/ LYLE R. NELSON, TRUSTEE     Date: 10/30/2018

LYLE R. NELSON, TRUSTEE
211 N. Robinson, Ste. 1300
Oklahoma City, OK 73102
(405) 232-3722
lyle@lylenelsonlaw.com

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-14361 | Trustee Name: LYLE R. NELSON, TRUSTEE |
| Case Name: LARRY J COFFMAN, SR. | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX4872 |
| | Checking |
| Taxpayer ID No: XX-XXX5216 | Blanket Bond (per case limit): $8,354,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/17 | 23 | A. Bryan Coffman | purchase 2010 Toyota Corolla vehicle<br>check 2200 | 1229-000 | $900.00 | | $900.00 |
| 09/11/17 | 16 | Homehealth Home Health Inc | settlement check<br>check 004073 | 1129-000 | $27,500.00 | | $28,400.00 |
| 10/06/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $28,381.18 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.13 | $28,351.05 |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.13 | $28,321.92 |
| 01/08/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.07 | $28,291.85 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.04 | $28,261.81 |
| 03/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.11 | $28,234.70 |
| 04/06/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.98 | $28,204.72 |
| 05/03/18 | 10001 | Luton & Co, PLLC<br>PO Box 13120<br>Oklahoma City, OK  73113 | Accountant Compensation<br>Order Allowing April 23, 2018 | 3410-000 | | $521.25 | $27,683.47 |
| 05/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.98 | $27,654.49 |
| 06/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.49 | $27,625.00 |
| 06/08/18 | 10002 | International Sureties, LTD<br>701 Poydras St.<br>New Orleans, LA  70139 | Bond #016018042 Term 6/1/18 to 6/1/19 | 2300-000 | | $12.68 | $27,612.32 |
| | | | Page Subtotals: | | $28,400.00 | $787.68 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-14361  
Case Name: LARRY J COFFMAN, SR.  
Taxpayer ID No: XX-XXX5216  
For Period Ending: 09/30/2018  

Trustee Name: LYLE R. NELSON, TRUSTEE  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX4872  
Checking  
Blanket Bond (per case limit): $8,354,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.38 | $27,583.94 |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.29 | $27,554.65 |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.26 | $27,525.39 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $28,400.00 | $874.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,400.00 | $874.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,400.00 | $874.61 |

Page Subtotals: $0.00  $86.93

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4872 - Checking | $28,400.00 | $874.61 | $27,525.39 |
|  | $28,400.00 | $874.61 | $27,525.39 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,400.00 |
| Total Gross Receipts: | $28,400.00 |

Trustee Signature:   /s/ LYLE R. NELSON, TRUSTEE   Date: 10/30/2018

LYLE R. NELSON, TRUSTEE
211 N. Robinson, Ste. 1300
Oklahoma City, OK 73102
(405) 232-3722
lyle@lylenelsonlaw.com

Page Subtotals:   $0.00   $0.00