UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
LARRY J COFFMAN, SR. § Case No. 16-14361-SAH
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2016. The undersigned trustee was appointed on 10/28/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   28,400.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 533.93 |
| Bank service fees | 484.65 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 27,381.42 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/04/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,590.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,590.00 , for a total compensation of $ 3,590.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 131.43 , for total expenses of $ 131.43 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/07/2019                    By: /s/LYLE R. NELSON, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 16-14361 SAH | Judge: Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
| Case Name: | LARRY J COFFMAN, SR. | | Date Filed (f) or Converted (c): | 10/28/2016 (f) |
| | | | 341(a) Meeting Date: | 12/06/2016 |
| For Period Ending: | 05/07/2019 | | Claims Bar Date: | 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 916 Ne 49Th Street<br>Oklahoma City Ok 73105-0000 Oklahoma | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. 810 Ne 50Th Street<br>Oklahoma City Ok 73105-6602 Oklahoma | 241,500.00 | 0.00 | | 0.00 | FA |
| 3. 805 Ne 42Nd Street<br>Oklahoma City Ok 73105-0000 Oklahoma | 334,000.00 | 0.00 | | 0.00 | FA |
| 4. Land Only - No Mailing Address Oklahoma | 27,821.00 | 0.00 | | 0.00 | FA |
| 5. 2009 Toyota Highlander Mileage: 171,000 | 12,900.00 | 0.00 | | 0.00 | FA |
| 6. General Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. General Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 8. One Leroy Neiman Print - Received Through Debtor's Brother's | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Golf Clubs - Old Adams Set | 300.00 | 0.00 | | 0.00 | FA |
| 10. 12Ga Shotgun | 250.00 | 0.00 | | 0.00 | FA |
| 11. General Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 12. 3 Malimute Mixes And 2 Dashshounds | 0.00 | 0.00 | | 0.00 | FA |
| 13. Arvest Bank | 709.17 | 0.00 | | 0.00 | FA |
| 14. Arvest Bank | 53.78 | 0.00 | | 0.00 | FA |
| 15. Ameritrade | 150.00 | 0.00 | | 0.00 | FA |
| 16. CofmanCo, LLC<br><br>Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | 565,000.00 | 100.00 | | 27,500.00 | FA |
| 17. Centerpointe Resources, Inc.<br><br>Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | 90,000.00 | 100.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-14361 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | LARRY J COFFMAN, SR. | | | | Date Filed (f) or Converted (c): | 10/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/06/2016 |
| For Period Ending: | 05/07/2019 | | | | Claims Bar Date: | 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Sheperd Manor, Inc. | 1,590.00 | 100.00 | | 0.00 | FA |
| Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | | | | | |
| 19. Express Therapy Services, Inc. | 4,000.00 | 100.00 | | 0.00 | FA |
| Trustee value amount estimated for purposes of form 1 only. Link funds $27,500.00 to asset 16 see Motion Doc 36 also settle all assets 16, 17, 18, 19. | | | | | |
| 20. Registered Nurse, Oklahoma | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2014 tax returns unfiled to date | Unknown | 0.00 | | 0.00 | FA |
| (scheduled unknown value) | | | | | |
| 22. 2015 tax returns unfiled to date | Unknown | 0.00 | | 0.00 | FA |
| (scheduled unknown value) | | | | | |
| 23. 2010 Toyota Corolla (u) | 7,500.00 | 694.70 | | 900.00 | FA |
| See Amendment filed 1/12/2017 Doc 20 Lien $694.70 | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,359,123.95 | $1,094.70 | $28,400.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Initial Projected Date of Final Report (TFR): 12/06/2018         Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-14361  
Case Name: LARRY J COFFMAN, SR.  
Taxpayer ID No: XX-XXX5216  
For Period Ending: 05/07/2019  

Trustee Name: LYLE R. NELSON, TRUSTEE  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX4872  
Checking  
Blanket Bond (per case limit): $8,354,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/17 | 23 | A. Bryan Coffman | purchase 2010 Toyota Corolla vehicle<br>check 2200 | 1229-000 | $900.00 | | $900.00 |
| 09/11/17 | 16 | Homehealth Home Health Inc | settlement check<br>check 004073 | 1129-000 | $27,500.00 | | $28,400.00 |
| 10/06/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $28,381.18 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.13 | $28,351.05 |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.13 | $28,321.92 |
| 01/08/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.07 | $28,291.85 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.04 | $28,261.81 |
| 03/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.11 | $28,234.70 |
| 04/06/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.98 | $28,204.72 |
| 05/03/18 | 10001 | Luton & Co, PLLC<br>PO Box 13120<br>Oklahoma City, OK  73113 | Accountant Compensation<br>Order Allowing April 23, 2018 | 3410-000 | | $521.25 | $27,683.47 |
| 05/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.98 | $27,654.49 |
| 06/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.49 | $27,625.00 |
| 06/08/18 | 10002 | International Sureties, LTD<br>701 Poydras St.<br>New Orleans, LA  70139 | Bond #016018042 Term 6/1/18 to 6/1/19 | 2300-000 | | $12.68 | $27,612.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  

Page Subtotals: $28,400.00   $787.68

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-14361
Case Name: LARRY J COFFMAN, SR.
Taxpayer ID No: XX-XXX5216
For Period Ending: 05/07/2019

Trustee Name: LYLE R. NELSON, TRUSTEE
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX4872
Checking
Blanket Bond (per case limit): $8,354,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.38 | $27,583.94 |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.29 | $27,554.65 |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.26 | $27,525.39 |
| 10/05/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.29 | $27,497.10 |
| 11/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.20 | $27,467.90 |
| 12/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.23 | $27,439.67 |
| 01/08/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.14 | $27,410.53 |
| 02/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.11 | $27,381.42 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,400.00 | $1,018.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,400.00 | $1,018.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,400.00 | $1,018.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:      $0.00      $230.90

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4872 - Checking | $28,400.00 | $1,018.58 | $27,381.42 |
| | $28,400.00 | $1,018.58 | $27,381.42 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,400.00 |
| Total Gross Receipts: | $28,400.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-14361-SAH  
Debtor Name: LARRY J COFFMAN, SR.  
Claims Bar Date: 5/4/2017  

Date: May 7, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $3,590.00 | $3,590.00 |
| 100 2200 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $131.43 | $131.43 |
| 100 3110 | Elias Books Brown & Nelson P. C.<br>Two Leadership Square<br>211 N. Robinson, Ste. 1300<br>Oklahoma City, OK 73102 | Administrative | | $0.00 | $8,208.75 | $8,208.75 |
| 100 3410 | David Brady<br>Luton & Co PLLC<br>PO Box 13120<br>Oklahoma City, OK 73113 | Administrative | Order Allowing April 23, 2018 | $0.00 | $521.25 | $521.25 |
| 1P 280 5800 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 N. Broadway Ave., Suite 1500<br>OKLAHOMA CITY, OK 73102 | Priority | | $0.00 | $6,022.59 | $6,022.59 |
| 3P 280 5800 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 N. Broadway Ave., Suite 1500<br>OKLAHOMA CITY, OK 73102 | Priority | | $0.00 | $8,890.56 | $8,890.56 |
| 5 280 5800 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Priority | | $0.00 | $130,643.31 | $130,643.31 |
| 1U 300 7100 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 N. Broadway Ave., Suite 1500<br>OKLAHOMA CITY, OK 73102 | Unsecured | | $0.00 | $255.15 | $255.15 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,279.03 | $1,279.03 |

Page 1    Printed: May 7, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-14361-SAH  
Debtor Name: LARRY J COFFMAN, SR.  
Claims Bar Date: 5/4/2017  
Date: May 7, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3U 300 7100 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 N. Broadway Ave., Suite 1500<br>OKLAHOMA CITY, OK  73102 | Unsecured | | $0.00 | $570.00 | $570.00 |
| 4 300 7100 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $694.70 | $694.70 |
| 5U 300 7100 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Unsecured | | $0.00 | $173,452.48 | $173,452.48 |
| 6 300 7100 | Hometown Home Health<br>2200 N.W. 50Th, Ste. 220<br>Oklahoma City, Ok 73112 | Unsecured | | $0.00 | $16,079.09 | $16,079.09 |
| 7 300 7100 | Usdol Fbo Centerpointe Resources<br>401K, Ps & Bs<br>Usdol, Ebsa, Attn. Investigator<br>Carlos Velez<br>525 S. Griffin St., Room 900<br>Dallas, Tx 75202 | Unsecured | | $0.00 | $78,811.00 | $78,811.00 |
| 1S 400 4110 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 N. Broadway Ave., Suite 1500<br>OKLAHOMA CITY, OK  73102 | Secured | | $0.00 | $15,891.94 | $15,891.94 |
| 5 400 4110 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Secured | | $0.00 | $27,821.00 | $27,821.00 |
| | Case Totals | | | $0.00 | $472,862.28 | $472,862.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2

Printed: May 7, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-14361-SAH
Case Name: LARRY J COFFMAN, SR.
Trustee Name: LYLE R. NELSON, TRUSTEE

Balance on hand $ 27,381.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | OKLAHOMA TAX COMMISSION | $ 15,891.94 | $ 15,891.94 | $ 0.00 | $ 0.00 |
| 5 | Internal Revenue Service | $ 27,821.00 | $ 27,821.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 27,381.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYLE R. NELSON | $ 3,590.00 | $ 0.00 | $ 3,590.00 |
| Trustee Expenses: LYLE R. NELSON | $ 131.43 | $ 0.00 | $ 131.43 |
| Attorney for Trustee Fees: Elias Books Brown & Nelson P. C. | $ 8,208.75 | $ 0.00 | $ 8,208.75 |
| Accountant for Trustee Fees: David Brady | $ 521.25 | $ 521.25 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 11,930.18

Remaining Balance $ 15,451.24

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 145,556.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | OKLAHOMA TAX COMMISSION | $ 6,022.59 | $ 0.00 | $ 639.32 |
| 3P | OKLAHOMA TAX COMMISSION | $ 8,890.56 | $ 0.00 | $ 943.76 |
| 5 | Internal Revenue Service | $ 130,643.31 | $ 0.00 | $ 13,868.16 |
| | Total to be paid to priority creditors | | | $ 15,451.24 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 271,141.45 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | OKLAHOMA TAX COMMISSION | $ 255.15 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (Usa), N.A. | $ 1,279.03 | $ 0.00 | $ 0.00 |
| 3U | OKLAHOMA TAX COMMISSION | $ 570.00 | $ 0.00 | $ 0.00 |
| 4 | Toyota Motor Credit Corporation | $ 694.70 | $ 0.00 | $ 0.00 |
| 5U | Internal Revenue Service | $ 173,452.48 | $ 0.00 | $ 0.00 |
| 6 | Hometown Home Health | $ 16,079.09 | $ 0.00 | $ 0.00 |
| 7 | Usdol Fbo Centerpointe Resources 401K, Ps & Bs | $ 78,811.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE